UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 0 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| Eric J. Rhett, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. **10 1409** |
| U.S. District Court *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a resident of Rahway, New Jersey, sues New Jersey-based defendants, including the United States District Court in Newark. He also sues the Social Security Administration ("SSA") in New York, New York. *See* Compl. Caption at 1-2. The complaint consists mostly of disjointed statements that fail to provide any notice of a claim. To the extent that plaintiff is seeking judicial review of an SSA determination, he must bring such an action "in the district court of the United States for the judicial district in which [he] resides," 42 U.S.C. § 405(g), which is the District of New Jersey. A separate Order of dismissal accompanies this Memorandum Opinion.

Gladys Kessler
United States District Judge

Date: August 12, 2010